UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ALBERT ALANIZ BARRIENTES,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)  Case No. 06-619M<br>)<br>)  DETENTION ORDER<br>)<br>)<br>)<br>) |

<u>Offenses charged</u>:

Count 1.  Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1).

Count 2: Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:  November 17, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)       Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

DETENTION ORDER                                                                           15.13
18 U.S.C. § 3142(i)                                                                          Rev. 1/91
PAGE 1

01    (2)    Defendant's full background and connections with this jurisdiction were unknown

02  at the time of the detention hearing, as he did not submit to an interview with Pretrial Services.

03  Nevertheless, it appears that the defendant has an extensive criminal background.   This

04  background also indicates failure to appear as required, attempts to elude police officers, and a

05  history of failing to comply with Court orders.

06    (3)    Defendant is associated with at least ten alias names, five dates of birth, and two

07  social security numbers.

08    (4)    Defendant has a past history of violations relating to controlled substances.  It is

09  unknown whether he has an on-going substance problem, because he was not interviewed.

10    (5)    No conditions or combination of conditions other than detention will reasonably

11  assure the appearance of the defendant as required or address the issues of safety to the

12  community.

13    IT IS THEREFORE ORDERED:

14    (1)    Defendant shall be detained pending trial and committed to the custody of the

15    Attorney General for confinement in a correction facility separate, to the extent

16    practicable, from persons awaiting or serving sentences or being held in custody

17    pending appeal;

18    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

19    counsel;

20    (3)    On order of a court of the United States or on request of an attorney for the

21    government, the person in charge of the corrections facility in which defendant

22    is confined shall deliver the defendant to a United States Marshal for the purpose

23    of an appearance in connection with a court proceeding; and

24    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

25    counsel for the defendant, to the United States Marshal, and to the United States

26    Pretrial Services Officer.

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 2

DATED this 20th day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 3