01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,          )    CASE NO. CR06-440-JCC
                                        )
09            Plaintiff,                )
                                        )
10       v.                             )
                                        )    DETENTION ORDER - Material Witness
11  ALBERT BARRIENTES, et al,           )
                                        )
12            Defendant.                )
    _____ )
13  In re Material Witness:             )
                                        )
14  SAMSON MENDIOLA.                    )
    _____ )

15

16  Offense charged:

17        Material Witness

18  Date of Detention Hearing:    February 13, 2007

19        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

20  3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that

21  detention is necessary to adequately secure the testimony of the material witness, and to prevent

22  a failure of justice.

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 1

01   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02   (1)   Mr. Mendiola was arrested on a material witness warrant in the matter of  US v

03   Albert Barrientes, et al , CR06-440-JCC, upon a finding that it was impracticable to secure his

04   presence by subpoena.  He made his initial appearance in this Court on February 9, 2007.

05   (2)   The United States has moved to detain Mr. Mendiola pursuant to 18 U.S.C. §3144

06   for a reasonable period until his deposition can be taken pursuant to the Federal Rules of Criminal

07   Procedure.

08   (3)   The defendant's criminal history includes a number of failures to appear, with at

09   least one active bench warrant. He failed to appear after being subpoenaed to testify before the

10   Grand Jury and efforts to serve him with a second subpoena were unsuccessful.  He allegedly

11   admitted to evading service.

12   (4)   The material witness poses a risk of nonappearance based on his history of failure

13   to appear, the outstanding warrant, and efforts to evade service of process.

14   (5)   The court finds that further detention is necessary to prevent a failure of justice.

15   The material witness will be detained until his testimony can adequately be secured.

16   It is therefore ORDERED:

17   (1)   Defendant shall be detained pending the taking of his testimony and committed to

18         the custody of the Attorney General for confinement in a correction facility

19         separate, to the extent practicable, from persons awaiting or serving sentences or

20         being held in custody pending appeal;

21   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

22         counsel;

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2

01      (3)    On order of a court of the United States or on request of an attorney for the

02             Government, the person in charge of the corrections facility in which defendant is

03             confined shall deliver the material witness to a United States Marshal for the

04             purpose of an appearance in connection with a court proceeding or for providing

05             testimony in connection with a case pending in this court; and

06      (4)    The clerk shall direct copies of this Order to counsel for the United States, to

07             counsel for the material witness, to the United States Marshal, and to the United

08             States Pretrial Services Officer.

09    DATED this 13th day of February, 2007.

11                                 Mary Alice Theiler

                                    United States Magistrate Judge

DETENTION ORDER                                  15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3