## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**SAMSON MENDIOLA,**<br><br>　　　　　　**Defendant.** | **Case No.  CR06-440JCC**<br><br>**INITIALORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES** |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services

The plaintiff appears through Special Assistant United States Attorney, DAVID JENNINGS;

The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ ;

The defendant has been advised of the allegation(s)and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and

The court finding probable cause with regard to the allegation(s); the matter is scheduled for hearing on the following time and date before the Honorable MARYALICE THEILER.

　　　　　Date:　　　MARCH 16, 2007

　　　　　Time:　　　10:00 A.M.

**(X) Defendant is released pending the above scheduled hearing.**

**(  ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　**March 15, 2007.**

　　　　　　　　　　　*/s/ J. Kelley Arnold*_____

ORDER
Page - 1

**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 2